Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL VII

| EL PUEBLO DE PUERTO RICO<br><br>Recurrido<br><br>v.<br><br>JOSHUA MANUEL COLÓN ADORNO<br><br>Peticionario | KLCE202400700 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala de Carolina<br><br>Sobre:<br>Ley 54, Art. 3.1<br>(3 cargos)<br><br>Casos Números:<br>F LE2024G0060<br>F LE2024G0061<br>F LE2024G0062 |

Panel integrado por su presidenta, la Juez Domínguez Irizarry, la Juez Grana Martínez y el Juez Pérez Ocasio

Domínguez Irizarry, Juez Ponente

## RESOLUCIÓN

En San Juan, Puerto Rico, a 18 de julio de 2024.

Atendida la *Moción Sobre Retiro de Recurso* presentada el 10 de julio de 2024 por la parte peticionaria, así como la *Moción en Cumplimiento de Resolución,* presentada el 16 de julio de 2024, se declara con lugar la solicitud de desistimiento, a tenor con la Regla 83(A) del Reglamento del Tribunal de Apelaciones, 4 L.P.R.A. Ap. XXII-B, R. 83(A). Consecuentemente, se ordena el archivo definitivo de esta causa.

Lo acordó y manda el Tribunal, y certifica la Secretaria del Tribunal de Apelaciones.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones


Número Identificador
RES2024 _____